IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE B. SMITH,

    Plaintiff,

v.                                CASE NO. 4:05cv92-RH/WCS

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Defendant.

_____/

## ORDER CONFIRMING SCHEDULE

Upon consideration of the parties' notices (documents 14 and 15) filed in compliance with paragraph 1 of the Scheduling and Mediation Order filed May 9, 2005 (document 10),

    IT IS ORDERED:

    The Scheduling and Mediation Order filed May 9, 2005 (document 10) remains in full force and effect.

    SO ORDERED this 16th day of June, 2005.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge