# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

WILLIE B. SMITH,

      Plaintiff,

v.                                                    CASE NO.  4:05cv92-RH/WCS

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Defendant.

_____/

## ORDER DISMISSING ALL CLAIMS OTHER THAN FEDERAL RETALIATION CLAIM

This is an employment discrimination action.  In his complaint as originally filed, plaintiff Willie B. Smith sought recovery against his former employer, the defendant Florida Department of Children and Families, under Title VII of the Civil Rights Act of 1964, as amended, and under the Florida Civil Rights Act.  Mr. Smith alleged that the Department failed to promote him because of his race and that when he complained, the Department retaliated.  Mr. Smith alleged that the Department eventually fired him for contrived reasons that were a pretext for racial discrimination and retaliation.

The Department moved for summary judgment on the retaliation claims, asserting that Mr. Smith failed to exhaust his state administrative remedies, thus barring the state claim, and had not obtained a right to sue letter, rendering the federal claim premature.  In response, Mr. Smith acknowledged the summary judgment motion was well founded with respect to the state retaliation claim.  The motion thus will be granted to that extent.  The Department has withdrawn the motion with respect to the federal retaliation claim, acknowledging that Mr. Smith now has obtained the required right to sue letter.

The parties also now have filed a stipulation for dismissal of the race claims. The only remaining claim, therefore, is Mr. Smith's federal retaliation claim.  The Department has moved for summary judgment on this claim on substantive grounds, but the motion is not yet at issue.

For these reasons,

IT IS ORDERED:

Defendant's motion for partial summary judgment (document 24) is GRANTED IN PART.  The parties' stipulation for dismissal of count 1 (document 39) is approved.  Plaintiff's state retaliation claims are dismissed with prejudice. Plaintiff's race claim is dismissed.  Plaintiff's federal retaliation claim remains

pending.  I do *not* direct the entry of judgment under Federal Rule of Civil

Procedure 54(b).

SO ORDERED this 5th day of December, 2005.

s/Robert L. Hinkle
Chief United States District Judge